UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Palm Beach Division
Case No.: 9:10-CV-81466
Judge William P. Dimitrouleas

GREG LANDAU, et al.,

        Plaintiffs,

v.

NEWLAND INTERNATIONAL PROPERTIES, CORP.;
ROGER KHAFIF; THE TRUMP ORGANIZATION;
DONALD TRUMP, individually,

        Defendants.
_____/

## NOTICE OF FILING EXHIBITS TO COMPLAINT

Plaintiffs, GREG LANDAU et al, by and through undersigned counsel, hereby submit this Notice of Filing Exhibits to Complaint. The Exhibits referenced herein are Exhibits 1 through 40.

**I HEREBY CERTIFY** that the foregoing was filed with the Clerk of Court on November 15, 2010 using CM/ECF system thereby serving users in this case.

                                /s/ Roderick F. Coleman
                                Roderick F. Coleman