| | |
|---|---|
| número 62No.010363, T.O.C. R01-B, LLC, actuando en nombre y representación de _____, sociedad constituida de conformidad con las leyes de la República de Panamá registrada en _____ del Registro Público de Panamá, quien en adelante se denominará **EL PROMITENTE COMPRADOR**, hemos convenido en celebrar un contrato de Promesa de Compraventa, en adelante la **Promesa Compraventa** sujeta en un todo a las siguientes declaraciones y cláusulas: | Number 62No.010363, T.O.C. R01-B, LLC, _____ citizen with Passport _____, acting on behalf of _____, a corporation incorporated under the laws of the Republic of Panama, registered at Microjacket _____, Document _____ of the mercantile section of the public registry of Panama, hereinafter called the **PROMISSOR BUYER**, have agreed to enter into this Agreement or Contract for a Promise of Sale, hereinafter the **Promise of Sale**, subject to the following clauses: |
| **PRIMERA: EL PROMITENTE VENDEDOR** declara que es Promotor y Propietario de la Finca doscientos treinta y cuatro mil doscientos cuarenta 234240 inscrita al Rollo seiscientos siete mil ochocientos setenta 607870 de la Sección de Propiedad, Provincia de Panamá, del Registro Público, ubicada en Punta Pacífica, Ciudad de Panamá, por lo que en dichas condiciones celebra esta **Promesa de Compraventa** (en adelante la "**Finca Madre**"). | **ONE:** The **PROMISSOR SELLER** states that he is Developer and Owner of Lot No. 234240, recorded in Document Redy 607870, Province of Panama, Property Section, Public Registry Office of Panama, located in Punta Pacífica, Panama City due to which said conditions enters into this Promise of Sale hereinafter ("**The Main Property**"). |
| **SEGUNDA: EL PROMITENTE VENDEDOR** declara que sobre la Finca indicada en la cláusula primera anterior ha proyectado construir un edificio de sesenta y seis (66) pisos, de los cuales trece (13) niveles y un (1) sótano se destinarán a estacionamientos y novecientos veintiséis (926) unidades inmobiliarias para uso habitacional divididas entre unidades de condominio y unidades de condominio-hotelero, así como varias Oficinas y Locales Comerciales ubicados en diversos pisos y niveles, edificio que tiene licencia para denominarlo "**Trump Ocean Club International Hotel & Tower**", en adelante se denominará simplemente "**el Edificio**", el que estará sometido a Régimen de | **TWO:** The **PROMISSOR SELLER**, who is Owner of the Lot mentioned in **Clause One** above he intends to construct a 66 story building with 13 stories and a basement to be destined for parking, and approximately 926 units for residential use to be divided between residential condominium units and hotel-condominium units. The building will have offices and commercial locales located on different levels. The Developer has been further licensed to name the above mentioned building "**Trump Ocean Club International Hotel & Tower**" hereinafter **The Building**, which shall be subject to the incorporation, by-laws and the rules and regulations of the Condominium Association, hereinafter the **Condominium Regulations**. |
| | **THREE:** The **PROMISSOR SELLER** states that |

1

a comprar libre de gravámenes, los derechos de propiedad y posesión de la finca que resulte de segregar de la Finca Madre, el **LOCAL COMERCIAL** N° **R01-B** de "**el Edificio**", en adelante simplemente "**la Unidad**".

(a) "**la Unidad**" tendrá una superficie aproximada de 231.2 metros cuadrados ( 231.2 m²), equivalente a 2497 pies cuadrados ( 2497 ft²) y constará de _____.

(b) "**la Unidad**" tendrá los siguientes terminados: se entregará en obra gris de acabados lo cual corresponde a pisos solamente afinados en concreto, techo sin elementos de terminación, salidas eléctricas e hidráulicas preparadas para instalar tomas y aparatos y ventanería y puerta de acceso conforme a las de los demás locales comerciales. **EL PROMITENTE COMPRADOR** entiende y acepta que con sujeción a lo regulado en el **Reglamento de Propiedad Horizontal** en cuanto a materiales de acabados y procedimientos para hacer las obras de acabados, el costo de dichos trabajos así como el de los elementos escogidos y requeridos para dichas terminaciones, no están incluidos en el precio de venta de "**la Unidad**" por lo que la totalidad de dichos costos son de su exclusiva cuenta y riesgo.

c) La propiedad de "**la Unidad**" le da derecho a **EL PROMITENTE COMPRADOR** al uso comunal de estacionamientos en "**el Edificio**".

(d) El precio de venta de "**la Unidad**" indicado en la **Cláusula SEXTA** de este documento, ha sido convenido teniendo en consideración el área estimada

---

"The Unit" will have an approximate area of 231.2 sq. mtrs. ( 2497 sq.ft.) and will include _____.

(b) The **Unit** will be finished as follows: floors and ceilings will not have finishing elements, nor electric and hydraulic outputs will be provided with their finishing elements but ready to install the proper items. Doors and windows will have the same finishing's than the rest of the other commercial units. **PROMISSORY BUYER** acknowledges that acceptable finishing materials and elements and procedures to do this works in the Building, will be entirely governed by the **Condominium Regulations**. The cost of any of these finishing's are not included in the price of the Unit nor the cost of hand labor or any required service.

(c) The **Unit** will entitle the **PROMISSOR BUYER** to the common use of parking spaces in **The Building**.

(d) The sale price of **The Unit**, as indicated in **Clause Six** hereof has been agreed to take in consideration **The Unit**'s approximate area as indicated in this **Clause Four** hereof. The Parties hereby agree that any increase or reduction in area up to a maximum of five per cent (5%) will result in a proportional and automatic modification of **The Unit**'s sale price. Should the area of **The Unit** increase or decrease, such modification will be noticed in a writing by the **PROMISSOR SELLER** to the **PROMISSOR BUYER** who hereby agrees to such modification if it is within a five per cent (5%) limit. The **PROMISSOR BUYER** further accepts the alteration in the price which, in the event of an

| | |
|---|---|
| del área de "**la Unidad**" sea superior al cinco por ciento (5%), se procederá consecuentemente a la modificación proporcional del precio, pero se conviene que **EL PROMITENTE COMPRADOR** podrá declarar terminada de pleno derecho por mutuo disenso esta **Promesa de Compraventa** y las partes transigen desde ya cualquier discusión presente o futura ante cualquier autoridad sobre el cumplimiento de sus obligaciones derivadas de esta **Promesa de Compraventa**, por lo que **EL PROMITENTE VENDEDOR** devolverá a título de transacción por terminación al **PROMITENTE COMPRADOR** todas las sumas de dinero que se hubieren abonado hasta la fecha a buena cuenta del precio de "**La Unidad**", más intereses compensatorios calculados al tres por ciento (3%) anual. En caso que **EL PROMITENTE COMPRADOR** decida la terminación de la **Promesa de Compraventa** por razón de lo indicado en esta sección, deberá así notificarlo por escrito al **PROMITENTE VENDEDOR** a más tardar a los quince (15) días calendario de haber recibido la notificación de la modificación del área. En caso de silencio por parte del **PROMITENTE COMPRADOR**, se entiende como su señal inequívoca de conformidad con la nueva área y con el nuevo precio.<br><br>**QUINTA:** **EL PROMITENTE COMPRADOR** así como cualquier cesionario legítimo a cualquier título entiende claramente y acepta que por tratarse de una negociación sobre **LOCAL COMERCIAL ALIMENTACIÓN**, las condiciones de su posesión, tenencia, uso, transferencias, cesiones, utilización, disposición, explotación, operación, afectaciones, limitaciones, sanciones y demás, estarán | (5%) por annum. In the event that the **PROMISSOR BUYER** decides to terminate this **Promise of Sale** as a result of the modification referred to in the preceding sentence, said termination will be notified in writing to the **PROMISSOR SELLER** no later than fifteen (15) calendar days after receiving notice of the alteration in area being greater than five percent (5%). Silence by the **PROMISSOR BUYER** concerning this alteration will be understood as an unmistakable sign and agreement of conformity with the new area and new price.<br><br>**FIVE:** **THE PROMISSOR BUYER** as well as any legitimate assignee to any title understands clearly and accept that due to referring to a transaction on **COMMERCIAL LOCAL the Unit**, the conditions of its possession, holding, use, transfers, assignments, usage, disposition, development, operation, affectations, limitations, sanctions and others, shall be regulated in detail in a restrictive manner in a special chapter of the **Condominium Regulations** to seek that the commercial activities that are performed therein fully agree with the high standards of "**the Building**" as to the performance of the business, type of business allowed in the different commercial locales, segment of commercialized and trademarks, standards of the services offered, day and schedule of public attention and closing schedules to public, common protocols of "**The Building**" entrepreneur as to the commercial premiums in case of establishments or contracts on **the Unit** and on the commercial establishment occupying same, among others several topics. **THE PROMISSOR BUYER** understands and accepts totally the spirit of the referred special regulations aforementioned that are to be contained in the **Condominium Regulations**, regulations that do |

3

libre competencia, si no simplemente asegurar un alto estándar de servicio y funcionamiento de todos los comercios y locales comerciales de "**el Edificio**".

**SEXTA:** Las partes declaran que el precio de venta de "**la Unidad**" objeto de este contrato es la suma de One Million One Hundred Eighty Thousand **DÓLARES AMERICANOS CON 00/100 (US $ 1,180,000.00        ).**

(a) Esta suma será pagada por el **PROMITENTE COMPRADOR** a la orden del **PROMITENTE VENDEDOR** de la siguiente forma:

i) La suma de One Hundred Eighteen Thousand **(US $ 118,000.00        )** equivalente al diez por ciento (10%) del precio de venta de "**la Unidad**", durante los 10 días siguientes a la firma de la presente **Promesa de Compraventa**, suma a ser depositada en el HSBC en la cuenta de garantía o Escrow Account No. 048-160097-093.

ii) La suma de One Hundred Eighteen Thousand **(US $ 118,000.00        )** equivalente al diez por ciento (10%) del precio de venta de "**la Unidad**", a los treinta (30) días siguientes a la firma de la presente **Promesa de Compraventa**

iii) La suma de One Hundred Eighteen Thousand **(US $ 118,000.00        )**, equivalente al diez por ciento (10%) del precio de venta de "**la Unidad**" dividida en dos (2) contados iguales equivalentes al

---

i) _____ **U.S. DOLLARS AND 00/100 (US$ 118,000.00        )** equal to ten per cent (10%) of the sale price of **The Unit** within **10 days from signing this Promise of Sale**, this amount to be deposited in HSBC FID3035/PANAMA A/C to the Escrow Account No. 048-160097-093.

ii) One Hundred Eighteen Thousand **U.S. DOLLARS AND 00/100 (US$ 118,000.00        )** equal to ten per cent (10%) of the sale price of **The Unit**, to be paid thirty (30) days after execution of this **Promise of Sale**.

iii) One Hundred Eighteen Thousand **U.S. DOLLARS AND 00/100 (US$ 118,000.00        )** equal to ten per cent (10%) of the sale price of **The Unit**, divided into two (2) equal installments, each equal to five per cent (5%) of the sale price of **The Unit**, the first installment to be paid six (6) months and the second installment to be paid after twelve (12) months from the execution of this **Promise of Sale** and;

iv) The balance due on the sale price of **TheUnit**, Eight Hundred Twenty Six Thousand **U.S. DOLLARS AND 00/100 (US$ 826,000.00        )** to be

4

| | |
|---|---|
| Compraventa. En caso que EL **PROMITENTE COMPRADOR** pague directamente dicho saldo sin crédito o financiación de una entidad bancaria o financiera, o en el caso que opte por un crédito para el pago de la suma indicada en esta sección iv), este pago se hará al momento de la inscripción en el Registro Público de la citada **Escritura Pública de Compraventa** de "**la Unidad**", a través de un banco de primer orden de la Ciudad de Panamá, aceptable para EL **PROMITENTE VENDEDOR**, según constará en Carta Irrevocable de Pago expedida por dicha entidad bancaria a favor del **PROMITENTE VENDEDOR** o de la persona natural o jurídica que éste designe, carta que deberá presentarse como condición previa para firmar la **Escritura Pública de Compraventa**. Las obligaciones del **PROMITENTE COMPRADOR** aquí indicadas no están sujetas ni condicionadas a la aprobación de créditos o financiamientos a su favor. | class bank in Panama, accepted by the **PROMISSOR SELLER** as stated in a Letter of Irrevocable Payment issued by the bank in favor of the **PROMISSOR SELLER** or of the person or legal entity appointed by the **PROMISSOR SELLER**. Presenting said Letter of Irrevocable Payment is a precondition to the execution of the **Public Deed of Sale**. **PROMISSOR BUYER'S** obligations hereunder are not conditional upon his/her ability to obtain credit or financing. |
| (b) En caso que EL **PROMITENTE COMPRADOR** no cumpla oportunamente con el pago del precio conforme a las cantidades, formas de pago y fechas establecidas en las secciones i) a iv) del literal (a) de esta **Cláusula SEXTA**, o incumpla cualquier obligación derivada de esta **Promesa de Compraventa**, EL **PROMITENTE VENDEDOR** queda facultado para determinar a su exclusivo criterio y sin la necesidad de declaración judicial previa de ningún tipo, que EL **PROMITENTE** | (b) In the event that the **PROMISSOR BUYER** fails to pay the price according to the amounts, procedures and dates agreed in sections i) through iv) of paragraph (a) of the above, or otherwise fails to perform his/her promises under this **Promise of Sale**, the **PROMISSOR SELLER** may unilaterally and without prior judicial action or representation of any type or kind, determine that the **PROMISSOR BUYER** has unilaterally refrained from buying **The Unit** and has defaulted under this Agreement, in which case the **PROMISSOR SELLER** in its sole discretion will be free to demand full compliance hereof, or to exercise the right to terminate the **Promise of Sale** for cause, which is expressly acknowledged by the Parties. In the latter event, the **PROMISSOR SELLER** may freely and immediately dispose of **The Unit**, under any title and without any type of restriction. |
| | (c) Should the **PROMISSOR BUYER** fail to fulfill the obligations agreed to herein and the |

5

| | |
|---|---|
| **PROMITENTE COMPRADOR** hubiere abonado a buena cuenta del precio de "**la Unidad**" quedarán a favor de **EL PROMITENTE VENDEDOR** a título de indemnización acordada por razón de los daños y perjuicios, y no como penalidad, sin necesidad de ningún tipo de declaración judicial previa. | Clause Six above and the **Public Deed of Sale** is signed and, |
| | iii) That any balance due on the Price of **The Unit** is made in cleared funds or when the **Public Deed of Sale** is executed, the **PROMISSOR BUYER** has provided the **PROMISSOR SELLER** with a Letter of Irrevocable Payment issued by a bank accepted by the **PROMISSOR SELLER** to pay said balance due on the price of **The Unit** effective when the **Public Deed of Sale** is recorded. |
| **SÉPTIMA:** **EL PROMITENTE VENDEDOR** pondrá a disposición "**la Unidad**" para su entrega y recibo por parte de **EL PROMITENTE COMPRADOR**, una vez se cumpla con las siguientes condiciones: | |
| i) Que se haya expedido el Permiso de Ocupación por parte de las autoridades competentes; | |
| ii) Que **EL PROMITENTE COMPRADOR** haya efectivamente hecho los pagos a que se refiere la Cláusula SEXTA de esta **Promesa de Compraventa** y se haya firmado la **Escritura Pública de Compraventa**; | (a) The **PROMISSOR BUYER** agrees to pay the **PROMISSOR SELLER** interest equal to a monthly sum of one and one half per cent (1.5%) of the difference resulting from subtracting the amounts effectively paid from the total **Unit** price, from the moment the Occupation Permit is issued for the **Building**, to one of the following dates: |
| | i) The Closing date in which the **Public Deed of Sale** of **The Unit** is signed, in the event that the balance due is paid without a loan from a financial entity; or |
| iii) Que en caso que aún faltase por abonar afectivamente el saldo del precio de "**la Unidad**" en el momento de firma de la **Escritura Pública de Compraventa**, EL **PROMITENTE COMPRADOR** haya entregado una Carta Irrevocable de Pago emitida por un banco aceptado por EL **PROMITENTE VENDEDOR** para pagar el saldo pendiente del precio de "**la Unidad**" a ser efectiva cuando quede inscrita la **Escritura Pública de** | ii) The date in which the Bank pays the Letter of Irrevocable Payment, in the event that the price is paid with a loan from a financial entity. |
| | (b) From the moment in which the Occupation Permit is issued by the corresponding authorities, the |

| | |
|---|---|
| ii) la fecha en que el Banco efectivamente pague la Carta Irrevocable de Pago, en caso que el saldo del precio se pague con crédito de una entidad financiera. | obligations agreed to by **PROMISSOR BUYER**. |
| (b) Desde la expedición del Permiso de Ocupación por parte de las autoridades respectivas, son de cuenta y cargo exclusivo del **PROMITENTE COMPRADOR** el pago de la tasa de servicio de agua, electricidad, costos de mantenimiento necesario para el buen uso del bien o requeridos para "**la Unidad**" y la suma que corresponda mensualmente a los gastos o aportes al condominio que sean establecidos para "**la Unidad**" por el **Reglamento de Propiedad Horizontal**. | **NINE**: The contracting parties under this **Promise of Sale** agree that in the event of default by **PROMISSOR BUYER** of any obligation agreed to hereunder, **PROMISSOR SELLER** may freely decide in it sole discretion whether to demand compliance thereof or terminate the **Promise of Sale** without the need for any prior statement or determination by any authority, in which case **PROMISSOR SELLER** shall keep as penalty, all sums paid by the **PROMISSOR BUYER** as part of the price of **The Unit**. |
| **OCTAVA**: La Escritura Pública Constitutiva del Contrato de Compraventa es el documento jurídico que conforme a la ley panameña perfecciona esta negociación al transferir la propiedad sobre "**la Unidad**", por lo que su firma por parte del **PROMITENTE COMPRADOR** debe efectuarse luego de haber sido notificado que el Permiso de Ocupación de "**el Edificio**" ha sido expedido por las autoridades respectivas. En consecuencia, se entenderá que **EL PROMITENTE COMPRADOR** ha incumplido gravemente sus obligaciones derivadas del presente contrato, si transcurrieran más de noventa (90) días calendarios contados a partir de la expedición del Permiso de Ocupación sin que **EL PROMITENTE COMPRADOR** haya firmado la Escritura Pública de Compraventa. | **TEN**: The **PROMISSOR BUYER** or any legitimate assignee thereof, irrevocably agrees to the following responsibilities and obligations: |
| | i) To execute the **Public Deed of Sale** after receiving notice that the Occupation Permit has been issued. |
| | ii) To comply with and adjust to the obligations and limitations contained in the **Condominium Regulations** as approved for the **Building** and to pay the monthly administration and maintenance fee established, from the date in which the Occupation Permit is issued. |
| **NOVENA**: Las partes contratantes convienen en que en caso que **EL PROMITENTE** | iii) To provide the **PROMISSOR SELLER** with the necessary debt-free certificate and all other documents |

7

**Compraventa** luego de haber sido notificado de la expedición del Permiso de Ocupación de "**el Edificio**".

(ii) Cumplir y ajustarse a las obligaciones y restricciones que imponga el **Reglamento de Propiedad Horizontal** que se apruebe para "**el Edificio**" y pagar la cuota mensual que sea fijada por la Asamblea de Propietarios para los gastos de administración y mantenimiento de las áreas comunes, a partir de la fecha en que sea expedido el Permiso de Ocupación.

(iii) Entregar oportunamente al **PROMITENTE VENDEDOR** cuando lo solicite y en las fechas que éste indique, los certificados de Paz y Salvo y lo demás documentos que sean requeridos para la firma de la **Escritura Pública de Compraventa** y posteriormente para su inscripción en el Registro Público.

(iv) Aceptar como Administrador y Representante de "**el Edificio**" y de la copropiedad al **PROMITENTE VENDEDOR** o a quien él designe por un período de treinta y seis (36) meses desde la expedición del Permiso de Ocupación y posteriormente hasta la fecha en que la Asamblea de Propietarios decida otra cosa con el quórum especial calificado que constará en el **Reglamento de Propiedad Horizontal**.

---

vi) To refrain from assigning or transferring the rights and obligations resulting hereunder, whether in whole or in part without prior written consent by the **PROMISSOR SELLER** to be exercised by **PROMISSOR SELLER** in its sole discretion. In the event that **PROMISSOR SELLER** authorizes assigning said rights and obligations, **PROMISSOR BUYER** will pay **PROMISSOR SELLER** an eight per cent (8%) commission on the price of **The Unit** which corresponds three per cent (3%) for handling fees and five per cent (5%) in the event a broker service is required. The **PROMISSOR SELLER** anticipates introducing a resale program upon selling 85% of the entire building.

vii) To refrain from interfering in the construction of **The Building** or from requesting alterations or additional structure, ornamentation, equipment or finishing details.

viii) To pay the contribution established to create the initial fund that will be used and managed by the Condominium of **The Building**.

ix) To accept that, according to the **Condominium Regulations**, the ownership and sale of the rooftop if

8

| Spanish | English |
|---|---|
| reconocimiento y pago de una comisión equivalente al ocho por ciento (8%) del precio de **"la Unidad"** el que se descompone en tres por ciento (3%) de honorarios por manejo y cinco por ciento (5%) en caso que participe un comisionista o agente. **EL PROMITENTE VENDEDOR** manifiesta expresamente que es su propósito lanzar un programa de reventas una vez se haya alcanzado la celebración de promesas de compraventa sobre el ochenta y cinco por ciento (85%) de **"el Edificio"**.<br><br>(vii) A no interferir en la construcción de **"el Edificio"**, ni a solicitar cambios ni adiciones en su estructura, ornamentación, dotación o acabados.<br><br>(viii) Aportar la suma de dinero destinada a constituir el fondo inicial para uso y disposición de la Asamblea de Propietarios de **"el Edificio"**.<br><br>(ix) Aceptar que la propiedad y disposición de la terraza de **"el Edificio"**, de conformidad con el **Reglamento de Propiedad Horizontal**, será de criterio exclusivo del **PROMITENTE VENDEDOR**.<br><br>(x) Aceptar que habrá espacios de parqueaderos y depósitos en **"el Edificio"** de propiedad del **PROMITENTE** | of the **PROMISSOR SELLER** the exclusive opinion and discretion of the **PROMISSOR SELLER** the construction of **The Building** is unadvisable or unreasonable to continue, the **PROMISSOR SELLER** has the right to decline from constructing **The Building** and the **PROMISSOR BUYER** hereby expressly and unquestionably agrees to and accepts said right and decision, in which case the Parties hereto agree that this **Promise of Sale** will terminate and therefore they agree to settle any present or future dispute before any competent authority concerning the compliance of the obligations agreed to hereunder by the return that the **PROMISSOR SELLER** will make of all amounts paid by **PROMISSOR BUYER** as part of the price of **The Unit**, along with a compensation interest estimated at three per cent (3%) per year, altogether as termination settlement sum.<br><br>**TWELVE:** The price of **The Unit** indicated in **Clause Six** hereof has been agreed considering current construction costs, as well as the cost of salaries, manual labor, worker's compensation, tax related liabilities and the price of construction material in force at the time this **Promise of Sale** is executed.<br><br>(a) The parties therefore agree that any increase in the above mentioned costs will entitle the **PROMISSOR SELLER** to increase the price of **The Unit** in an amount equivalent to the said increase in prices, said increase not to exceed six per cent (6%) of the sale price of **The Unit**.<br><br>(b) In the event of any such increase in price, **PROMISSOR SELLER** will immediately notify **PROMISSOR BUYER** in writing and |

9

convienen en que de presentarse esta situación se entienda terminado de pleno derecho por mutuo consenso esta **Promesa de Compraventa**, y las partes transigen desde ya cualquier discusión presente o futura ante cualquier autoridad sobre el cumplimiento de sus obligaciones derivadas de esta **Promesa de Compraventa**, por lo que **EL PROMITENTE VENDEDOR** devolverá a **EL PROMITENTE COMPRADOR** todas las sumas de dinero que se hubieren abonado hasta la fecha a buena cuenta del precio de "**la Unidad**", más intereses compensatorios calculados al tres por ciento (3%) anual a título de transacción por terminación.

**DÉCIMO SEGUNDA:** El precio de venta de "**la Unidad**" indicado en la **Cláusula SEXTA** de este documento ha sido convenido teniendo en consideración los costos de construcción actuales, así como los costos de salarios, mano de obra, prestaciones sociales, cargas fiscales y precios de materiales de construcción vigentes al momento de la firma de la presente **Promesa de Compraventa**.

(a) Queda convenido entonces que cualquier aumento en los costos antes indicados dará derecho al **PROMITENTE VENDEDOR** a aumentar el precio de venta de "**la Unidad**" en una cantidad igual al aumento de dichos costos, pero en todo caso hasta un tope máximo del seis por ciento (6%) del precio de venta de "**la Unidad**".

(b) De presentarse este aumento de precio, **EL PROMITENTE VENDEDOR** así lo notificará inmediatamente por escrito al **PROMITENTE COMPRADOR** quien desde ya lo acepta y la

---

design of the **Building** is not permitted.

**FOURTEEN:** Without affecting Clause Eleven hereof, **PROMISSOR SELLER** hereby states that construction of **the Building** commenced on May 5th, 2007 and that consequently "**The Unit**" promised for sale will be ready approximately forty (40) months after the Construction starting date. The parties understand that the **Construction starting date** corresponds to the day in which pile work of the building began.

**FIFTEEN:** The fact that either one of the parties allows, one or several times, non-compliance by the other party, or an imperfect compliance, or compliance otherwise than as agreed upon, or does not insist on the compliance of such obligations, or does not exercise any corresponding contractual or legal rights in a timely fashion, shall not be deemed as nor be equivalent to an amendment hereof, nor ban in any case such party from insisting on the faithful and specific compliance of the obligations to be fulfilled by the other party, or from exercising its conventional or legal rights.

**SIXTEEN:** All legal and notary expenses caused by the **Public Deed of Sale** and of mortgage as the case may be, such as expenses incurred when recording in the Public Registry, will be exclusively payable by the **PROMISSOR BUYER**. All fiscal and stamp tax related expenses resulting from this **Promise of Sale**, as well as all notary, legal, recording, legal fees or any other expenses resulting from the **Public Deed of Sale** shall be paid exclusively by the **PROMISSOR BUYER**.

(ii) Que no está permitido el cierre de los balcones o terrazas y ningún cambio o modificación en la fachada de "el Edificio".

**DÉCIMO CUARTA:** Sin perjuicio de lo previsto en la cláusula **DÉCIMO PRIMERA** de este documento, el **PROMITENTE VENDEDOR** manifiesta que la construcción de "**el Edificio**" inició el día 5 de mayo de 2007, por lo que "**la Unidad**" prometida en venta al **PROMITENTE COMPRADOR** estaría lista para serle entregada aproximadamente cuarenta (40) meses a partir del inicio de la construcción. Se entiende que "la Fecha de Inicio de Construcción" corresponde al día que comenzaron los trabajos de pilotajes de "el Edificio".

**DÉCIMO QUINTA:** El hecho de que una de las partes permita una o varias veces que la otra incumpla sus obligaciones o las cumpla parcialmente imperfectamente, o en forma distinta a lo pactado, o no insista en el cumplimiento de tales obligaciones, o no ejerza oportunamente los derechos contractuales o legales que le correspondan, no se reputará como modificación del presente contrato, ni obstará en ningún caso para que dicha parte en el futuro insista en el fiel cumplimiento de las obligaciones a cargo de la otra, o ejerza los derechos que le corresponden de conformidad con las leyes y esta **Promesa de Compraventa**.

**DÉCIMO SEXTA:** Los gastos de abogados, los notariales de la **Escritura Pública de Compraventa**, de hipoteca si es el caso, así como los gastos para su inscripción en el Registro Público, y cualesquiera

PROMISSOR SELLER
Newland International Properties Corp.
c/o Mr. Roger Khafif,
Calle 53 Obarrio,
Plaza 53 TOC Sales Center
Panama City, Rep. of Panama.
(507) 223-0200 (office)
(507) 223-0225 (fax)
E-mail:rogerk@trumpoceanclub.com

**EIGHTEEN:** This contract is subject to the laws of the Republic of Panama and any dispute concerning it will be subject first and foremost to the courts of Panama City, Republic of Panama.

**NINETEEN:** The parties to the Promise of Sale hereby represent that:

a) This agreement has been drafted in English and that a counterpart in Spanish is included to accomplish with Panama law.

b) Previous to the execution of this Promise of Sale the PROMISSOR BUYER had enough time as he wishes to

i) Read carefully and understand this document.

ii) Ask the PROMISSOR SELLER all the questions he might consider

11

teléfonos según el caso:

**EL PROMITENTE COMPRADOR**
T.O.C. R01-B, LLC
16425 Collins Avenue, # 2916
Sunny Isles, FL 33160
305-785-0088
greglandau@aol.com

**EL PROMITENTE VENDEDOR**
Newland International Properties Corp.
C/O Mr. Roger Khafif,
Calle 53 Obarrio,
Plaza 53 TOC Sales Center,
Panama City, Rep. of Panama.
(507) 223-0200 (office)
(507) 223-0225 (fax)
E-mail: rogerk@trumpoceanclub.com

**DÉCIMO OCTAVA:** Este contrato está sujeto a las leyes de la República de Panamá y cualquier controversia que surja con relación al mismo, se someterá a los tribunales de justicia con sede en la Ciudad de Panamá, República de Panamá, con preferencia sobre cualquiera otra sede o domicilio.

**DÉCIMO NOVENA:** Las partes en esta **Promesa de Compraventa** manifiestan entender y aceptar que

a) Esta **Promesa de Compraventa** ha sido redactada en Inglés y una versión en Español está incluida para efectos de cumplimiento de la ley panameña.

b) Antes de la firma de esta **Promesa de Compraventa EL PROMITENTE COMPRADOR**

IN WITNESS WHEREOF, the parties execute this Agreement, the **Promise of Sale**, in _____ and Panama City, Republic of Panama, in two counterparts having the same content and effect, on this date _____, in the year two thousand and nine (2009).

12

| a las cláusulas de la **Promesa de Compraventa**. |
|---|
| Declaran las partes que tienen plena capacidad jurídica para obligarse en lo previsto en esta **Promesa de Compraventa**, y que en consecuencia aceptan todas y cada una de las cláusulas del presente documento en los términos y condiciones expresadas. EN FE DE LO CUAL las partes suscriben este Contrato en _____ y en la ciudad de Panamá, República de Panamá, en dos (2) ejemplares del mismo tenor y efecto a los _____ días, del mes de _____ de 2009. |

**EL PROMITENTE VENDEDOR /THE PROMISSOR SELLER**

**NEWLAND INTERNATIONAL PROPERTIES CORP.**

**ROGER KHAFIF**
Cédula/ID Number: N-17-630

**EL PROMITENTE COMPRADOR/ THE PROMISSOR BUYER**

Nombre/ Name : T.O.C. R.O.B. LLC
Identificación/ Passport Number: 62No.010363

13