# UNITED STATES COURT OF APPEALS
# FOR THE ELEVENTH CIRCUIT

ELBERT PARR TUTTLE COURT OF APPEALS BUILDING
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

John Ley
Clerk of Court

For rules and forms visit
www.ca11.uscourts.gov

December 16, 2011

Mark F. Bideau
Greenberg Traurig, LLP
777 S FLAGLER DR STE 300 E
WEST PALM BEACH, FL 33401

Roderick F. Coleman
Coleman & Associates, PA
400 SOUTH DIXIE HIGHWAY STE 121
BOCA RATON, FL 33432

Appeal Number: 11-13131-FF
Case Style: Greg Landau, et al v. Donald Trump, et al
District Court Docket No: 9:10-cv-81466-WPD

The enclosed certified copy of this Court's Order of Dismissal is issued as the mandate of this court. See 11th Cir. R. 41-4. Counsel and pro se parties are advised that pursuant to 11th Cir. R. 27-2, "a motion to reconsider, vacate, or modify an order must be filed within 21 days of the entry of such order. No additional time shall be allowed for mailing."

The district court clerk is requested to acknowledge receipt on the copy of this letter enclosed to the clerk.

Sincerely,

JOHN LEY, Clerk of Court

Reply to: Carol R. Lewis, FF
Phone #: (404) 335-6179

Enclosure(s)

DIS-4 Multi-purpose dismissal letter

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

No. 11-13131-FF

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
DEC 1 6 2011
JOHN LEY
CLERK

GREG LANDAU,
EUGENIA BAUMEL,
Et al.,

                              Plaintiffs - Appellants,

versus

DONALD TRUMP,
TRUMP ORGANIZATION,
ROGER KHAFIF,
NEWLAND INTERNATIONAL PROPERTIES, CORP.,

                              Defendants - Appellees.

Appeal from the United States District Court for the
Southern District of Florida

BEFORE:    BARKETT and MARTIN, Circuit Judges.

BY THE COURT:

    The parties' joint motion to dismiss the appeal voluntarily with prejudice, with the parties bearing their own costs and fees, is GRANTED.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

By _____
Deputy Clerk
Atlanta, Georgia